Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       nkanute@swlaw.com
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association, <br><br> Plaintiff, <br><br> vs. <br><br> VICTORY OVATION HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; <br><br> Defendant. | Case No. 2:17-cv-01064-RFB-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Victory Ovation Homeowners Association (the "HOA"), by and through undersigned counsel of record, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that this matter may be dismissed with prejudice with each party to bear its own fees and costs.

///

///

///

4837-0895-3169

Dated: October 18, 2017.

SNELL & WILMER L.L.P.

By: /s/Nathan G. Kanute
Jeffrey Willis (NV Bar No. 4797)
Nathan G. Kanute (NV Bar No. 12413)
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*


Dated: October 18, 2017.

BOYACH ORME & ANTHONY

By: /s/Kelley K. Blatnik, Esq. (of counsel)
Edward D. Boyack (NV Bar No. 5229)
Kelley Blatnik, Esq. (of counsel) (NV Bar No. 12768)
7432 West Sahara Avenue, Suite 101
Las Vegas, NV 89117
Telephone: (702) 562-3415
Facsimile: (702) 562-3570

*Attorneys for Defendant Victory Ovation Homeowners Association*

## **ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 20th day of October, 2017.

- 2 -

4837-0895-3169

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED this 18 day of October, 2017.

/s/ Lara J. Taylor
An employee of SNELL & WILMER L.L.P.

4837-0895-3169